IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| VICKI S. KINDRED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-6119-CV-SJ-SWH |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

ORDER

Pending before the Court is plaintiff's Application For Fees And Other Expenses Pursuant To The Equal Access To Justice Act, 28 U.S.C. Section 2412(d), Title II of Public Law 96-481, 94 Stat. 2325 and Rule 54.1. (Doc. # 12 ) The application requests an award of fees in the amount of $2,337.50, which represents 18.7 hours of attorney time at the rate of $125.00 per hour.

In response to plaintiff's request, defendant filed Defendant's Response To Plaintiff's Application For Attorney Fees Under The Equal Access To Justice Act. (Doc. #13) The Response indicates that counsel has no objection to an award of attorney fees in the amount requested. Therefore, it is

ORDERED that plaintiff's Application For Fees And Other Expenses Pursuant To The Equal Access To Justice Act, 28 U.S.C. Section 2412(d), Title II of Public Law 96-481, 94 Stat. 2325 and Rule 54.1, doc. # 12, is granted, and attorney fees in the amount of $2,337.50 are hereby awarded under the EAJA.

                                                           */s/ Sarah W. Hays*
                                                           SARAH W. HAYS
                                                       UNITED STATES MAGISTRATE JUDGE